## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
|  | ) |  |
| IN RE:  PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION | )  )  ) | 3:12-md-02385-DRH-SCW  MDL No. 2385 |
|  | ) |  |

**This Document Relates To:**

> The **Member Actions** Subject to the NOTICE of Settlement of Stipulation of Dismissal with Prejudice of Settled Actions **(MDL 2385 Doc. 636)** and Identified in Exhibit 1 Attached Thereto **(MDL 2385 Doc. 636-1)**

### JUDGMENT IN A CIVIL CASE

**HERNDON, U.S. District Judge:**

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on March 24, 2015(MDL 2385 Doc. 636), the member actions identified in Exhibit 1 to the parties' Stipulation of Dismissal (Doc. 636-1) are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

**BY:___/s/_Caitlin Fischer_**
**Deputy Clerk**

Dated: April 12, 2015

Digitally signed by
David R. Herndon
Date: 2015.04.12
07:03:44 -05'00'

APPROVED:

> U.S. DISTRICT JUDGE
> U. S. DISTRICT COURT